IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WRIGHT, | No. C 09-0672 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | |
| SUMNER REDSTONE, et al., | |
| Defendant(s). / | |

Pending before the Court is Plaintiff Jackie Wright's Application to Proceed In Forma Pauperis. (Dkt. #2.) On February 18, 2009, Plaintiff was ordered to inform the Court whether Plaintiff consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. (Dkt. #4.) As Plaintiff failed to respond by the March 11, 2009 deadline, the Court hereby ORDERS Plaintiff Jackie Wright to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by March 31, 2009, and the Court shall conduct a hearing on April 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 17, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JACKIE WRIGHT,

        Plaintiff(s),

vs.

SUMNER REDSTONE, et al.,

        Defendant(s).

Case Number: CV09-0672 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackie Wright
2509 Johns Way
Antioch, CA 94531

Dated: March 17, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2