IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WRIGHT, | No. C 09-0672 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING ORDER TO SHOW CAUSE** |
| SUMNER REDSTONE, et al., | **ORDER FOR PLAINTIFF TO FILE CONSENT OR DECLINATION** |
| Defendant(s). | |

On March 17, 2009, the Court ordered Plaintiff Jackie Wright to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #5.) The Court is now in receipt of Plaintiff's response, filed April 1, 2009. (Dkt. #6.) Good cause appearing, the Court hereby VACATES the April 9, 2009 Order to Show Cause hearing. (Thus, there will be no hearing on April 9 and Plaintiff does not need to make an appearance.)

However, Plaintiff has still not responded to the Court's February 18, 2009 Order for her to either consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge. Accordingly, Plaintiff shall file her consent/declination form, a copy of which is enclosed, by April 16, 2009. The Court has also enclosed a copy of the February 18 Order, which contains more detailed instructions regarding magistrate judge jurisdiction..

**IT IS SO ORDERED.**

Dated: April 1, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JACKIE WRIGHT,

        Plaintiff(s),

vs.

SUMNER REDSTONE, et al.,

        Defendant(s).

Case Number: CV09-0672 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackie Wright
2509 Johns Way
Antioch, CA 94531


Dated: April 1, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2