**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WRIGHT,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SUMNER REDSTONE, et al.,<br><br>    Defendant(s)._____/ | No. C 09-0672 MEJ<br><br>**ORDER CONTINUING HEARING RE: DEFENDANT'S MOTION TO DISMISS**<br><br>**ORDER VACATING CMC** |

    Pending before the Court is Defendant's Motion to Dismiss, with a noticed hearing date of July 16, 2009. The Court hereby CONTINUES the hearing to July 30, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Further, given the pending motion, the Court finds a case management conference unnecessary at this time and hereby VACATES the July 16, 2009 Case Management Conference.

    **IT IS SO ORDERED.**

Dated: June 9, 2009

                                                      MARIA-ELENA JAMES
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JACKIE WRIGHT,

        Plaintiff(s),

vs.

SUMNER REDSTONE, et al.,

        Defendant(s).

Case Number: CV09-0672 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackie Wright
2509 Johns Way
Antioch, CA 94531

Dated: June 9, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2