UNITED STATES DISTRICT COURT

Northern District of California

JACKIE WRIGHT,

                Plaintiff(s),          No. C 09-00672 MEJ

  v.

SUMNER REDSTONE,                **ORDER DENYING MOTION FOR EXTENSION OF TIME**

                Defendant(s).

_____/

The Court is in receipt of Plaintiff's Request for Time to Hire Counsel. (Dkt. #41.) However, as explained in the Court's Order granting Defendants' motion to dismiss, the Court is without jurisdiction over this matter because Plaintiff did not timely exhaust her administrative remedies. (Dkt. #38.) Accordingly, Plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 16, 2009

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JACKIE WRIGHT,

        Plaintiff,

v.

SUMNER REDSTONE et al,

        Defendant.

Case Number: CV09-00672 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackie Wright
2509 Johns Way
Antioch, CA 94531

Dated: September 16, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2