1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  Jackie Wright,                          Case No. CV 09-0672 MEJ

11           Plaintiff,                     **JUDGMENT**

12      v.

13  Sumner Redstone, Leslie Moonves, CBS
    Television, Inc., CBS 5/KPIX CW Bay
14  Area TV, Ron Longinoti, Steve Poitras,
    Dan Rosenheim, Rosemary Roach, Akilah
15  Monifa,

16           Defendants.

17

18       On September 2, 2009, the Court granted Defendant's Motion to Dismiss and closed

19  this case. See, Order Granting Defendant's Motion to Dismiss. (Document No. 38). Therefore,

20       **IT IS ADJUDGED** that:

21       1.   Plaintiff takes nothing by this suit;

22       2.   The action is dismissed with prejudice; and

23       3.   Each party shall bear its own costs of suit.

24

25       September 16, 2009
    Dated: _____           _____
26                                        UNITED STATES DISTRICT COURT
27                                        Judge Maria-Elena James
                                          (Case No. CV 09-0672 MEJ)
28

JUDGMENT

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco, County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, California 94108. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 11, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**(PROPOSED) JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

> Jackie Wright
> In Pro Per
> 2509 Johns Way
> Antioch, CA 94531

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 11, 2009, at San Francisco, California.

_____
Rita Chavez

PROOF OF SERVICE                                    (Case No. CV 09-0672 MEJ)